**FILED**

MAR 1 4 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **13 CR 212** |
| ) | |
| vs. ) | |
| ) | Violation: Title 18 United States Code, |
| TIMOTHY L. HARPER ) | Section 661 |
| ) | **MAGISTRATE JUDGE SCHENKIER** |
| ) | Information |

The UNITED STATES ATTORNEY charges:

From in or about August 2007 until in or about June 2010, at Great Lakes, in the Northern District of Illinois, Eastern Division,

TIMOTHY L. HARPER,

defendant herein, while within the special maritime and territorial jurisdiction of the United States, namely, at the Great Lakes Naval Station, 525 Farragut Avenue, Building 26, and 530 Farragut Avenue, Building 27, Great Lakes, Illinois, did take and carry away, with intent to steal or purloin, personal property of another, namely in excess of $900.00 in funds belonging to the American Federation of Government Employees Local 2326.

In violation of Title 18, United States Code, Section 661.

_____
UNITED STATES ATTORNEY